**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 68.56.231.192**

**ISP:** Comcast Cable
**Physical Location:** Royal Oak, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/21/2017 03:03:39 | EAB49FE6E74F12073B3F66ABC3F5771762D13AAC | Freckle Faced Fox |
| 10/28/2017 14:52:39 | 73DFB3A7DB48DDCD862D8A598EECFA7615A7AA6D | Four Play |
| 08/21/2017 01:51:41 | 16B716D190DE14ED20A84FF664189C550B50748A | Competition |
| 07/20/2017 19:23:05 | A0D54E484BC0585E95DEC90EAE10467A21D07534 | The Call Girl |
| 07/20/2017 19:13:15 | 1305AF2893533555B290B3DC36AFE22AEEF38DB6 | Sex In The Summertime |
| 07/13/2017 23:00:17 | 16B545C121BFEA8D547A639BC94BFC7C29BE84B1 | XXX Threeway Games |
| 03/25/2017 02:30:27 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A