UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 2:18-cv-10749-GAD |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 68.56.231.192, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Amended Complaint the ("Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until August 9, 2018, to effectuate service of a summons and Amended Complaint upon John Doe Defendant.

SO ORDERED this 5th day of JUNE, 2018.


By:   /s/Gershwin A Drain
      **UNITED STATES DISTRICT JUDGE**

1