### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,   ) | |
| ) | |
| Plaintiff,   ) | Civil Case No. <u>2:18-cv-10749-GAD</u> |
| v.   ) | |
| ) | |
| JOHN DOE subscriber assigned IP   ) | |
| Address 68.56.231.192,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

### PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, subscriber assigned IP address 68.56.231.192 ("Defendant") through his counsel, Robert Z. Cashman. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  August 9, 2018

                                                         Respectfully submitted,

                                                         **BOROJA, BERNIER &**
                                                         **ASSOCIATES PLLC**

                                                         /s/ *Joel A. Bernier*
                                                         **By:  JOEL A. BERNIER (P74226)**
                                                         49139 Schoenherr Rd.
                                                         Shelby Township, MI 48315
                                                         T: 586-991-7611
                                                         F: 586-991-7612
                                                         Email: Bbclawgroup@gmail.com
                                                         *Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to E. D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E. D. Mich. LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

/s/ *Joel A. Bernier*
**By: JOEL A. BERNIER (P74226)**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *Joel A. Bernier*
**By: JOEL A. BERNIER (P74226)**