## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,     ) | |
|     ) | |
|     Plaintiff,     ) | Civil Action Case No. 2:18-cv-10749-GAD |
|     ) | |
| v.     ) | |
|     ) | |
| JOHN DOE subscriber assigned IP address     ) | |
| 68.56.231.192,     ) | |
|     ) | |
|     Defendant.     ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 68.56.231.192. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 14, 2018                 Respectfully submitted,

By:    /s/ *Joel A. Bernier*
          Joel A. Bernier, Esq. (P74226)
          49139 Schoenherr Road
          Shelby Township, MI 48315
          Tel: (586) 991-7611
          Fax: (586) 991-7612
          Email: Bbclawgroup@gmail.com
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Joel A. Bernier*