AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION<br>USDC Eastern District of Michigan<br>231 W Layafette Blvd<br>Detroit, MI 48226 |
|---|---|---|
| DOCKET NO.<br>18-10749 | DATE FILED<br>3/6/2018 | |
| PLAINTIFF<br>MALIBU MEDIA, LCC | | DEFENDANT<br>JOHN DOE subscriber assigned IP Address 68.56.231.192 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☑ Yes  ☐ No | DATE RENDERED<br>8/15/2018 |
|---|---|---|
| CLERK<br>David J. Weaver | (BY) DEPUTY CLERK<br>S. Schoenherr | DATE<br>8/20/2018 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.56.231.192

**ISP:** Comcast Cable
**Physical Location:** Royal Oak, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/21/2017 03:03:39 | EAB49FE6E74F12073B3F66ABC3F5771762D13AAC | Freckle Faced Fox |
| 10/28/2017 14:52:39 | 73DFB3A7DB48DDCD862D8A598EECFA7615A7AA6D | Four Play |
| 08/21/2017 01:51:41 | 16B716D190DE14ED20A84FF664189C550B50748A | Competition |
| 07/20/2017 19:23:05 | A0D54E484BC0585E95DEC90EAE10467A21D07534 | The Call Girl |
| 07/20/2017 19:13:15 | 1305AF2893533555B290B3DC36AFE22AEEF38DB6 | Sex In The Summertime |
| 07/13/2017 23:00:17 | 16B545C121BFEA8D547A639BC94BFC7C29BE84B1 | XXX Threeway Games |
| 03/25/2017 02:30:27 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

NEMI352

Copyrights-In-Suit for IP Address 68.56.231.192

**ISP:** Comcast Cable
**Location:** Royal Oak, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Freckle Faced Fox | PA0001970454 | 09/18/2015 | 09/21/2015 | 11/21/2017 |
| Four Play | PA0002014938 | 03/25/2016 | 06/18/2016 | 10/28/2017 |
| Competition | PA0001932116 | 02/07/2015 | 02/17/2015 | 08/21/2017 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 07/20/2017 |
| Sex In The Summertime | PA0002036140 | 09/10/2016 | 12/04/2016 | 07/20/2017 |
| XXX Threeway Games | PENDING | 06/30/2017 | 08/30/2017 | 07/13/2017 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 03/25/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  7**

Case 2:18-cv-10749-GAD-RSW ECF No. 1-3 filed 03/06/18 PageID.13 Page 3 of 5

EXHIBIT B

NEMI352

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 2:18-cv-10749-GAD |
| v. | ) |
| JOHN DOE subscriber assigned IP address 68.56.231.192, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 68.56.231.192. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 14, 2018    Respectfully submitted,

By:  /s/ *Joel A. Bernier*
Joel A. Bernier, Esq. (P74226)
49139 Schoenherr Road
Shelby Township, MI 48315
Tel: (586) 991-7611
Fax: (586) 991-7612
Email: Bbclawgroup@gmail.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Joel A. Bernier*